# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Thorne, Deborah L. | 2. Court or Organization<br><br>Bankruptcy Court for the Northern District of Illinois | 3. Date of Report<br><br>05/10/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

219 South Dearborn Street
Room 668
Chicago, IL 60604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member Board of Directors | American Bankruptcy Insitute |
| 2. | Board and Executive Committee Member and Member of Governance Committee | Women Employed |
| 3. | Board of Trustees | Am Yisrael Congregation of the Northshore |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | State of Illinois - Wages (Circuit Court of Cook County Judge) |
| 2. | 2018 | Cook County - Wages (Circuit Court of Cook County Judge) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute (ABI) | 3/2/18 - 3/6/18 | New York, NY | 26th Annual Duberstein Moot Court Competition and Executive Committee Meeting | Transportation, Lodging, Food |
| 2. | American College of Bankruptcy (ACB) | 3/15/18 - 3/18/18 | Washington, DC | Annual Induction Ceremony and Events | Transportation, Lodging |
| 3. | ABI | 4/18/18 - 4/20/18 | Washington, DC | Annual Spring Meeting | Transportation, Lodging, Food |
| 4. | ABI | 6/8/18 | Lake Geneva, WI | Central States Conference | Transportation, Food |
| 5. | NCBJ | 10/27/18 - 10/31/18 | San Antonio, TX | 92nd Annual Conference | Transportation, Lodging |

| 6. | ABI | 12/5/18/- 12/8/18 | Scottsdale, AZ | Winter Leadership Conference | Transporation, Lodging, Food |
|---|---|---|---|---|---|
| 7. | | | | | |
| 8. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Thorne, Deborah L. | 05/10/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Signature Bank | Mortgage on Investment Property ▓▓▓▓▓▓ LLC | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Israel Bonds | A | Interest | J | T | | | | | |
| 2. ▓▓▓▓▓▓ LLC, Cook County, Illinois | E | Rent | N | W | | | | | |
| 3. Focused Retail Prop LLC (JAE interest) | A | Distribution | L | W | | | | | |
| 4. DLT IRA R/O | | | | | | | | | |
| 5. Washington Mut. Invs. Fund Inc. (f/k/a American WA Mutual F2) | | None | | | Sold | 10/22/18 | K | D | |
| 6. Pimco Equity Ser | | None | | | Sold | 10/22/18 | K | A | |
| 7. Harding Loevier Emerg. Mkts | A | Dividend | | | Sold | 10/22/18 | K | A | |
| 8. Touchstone Sands Cap Sel Gr | | None | | | Sold | 10/22/18 | L | E | |
| 9. Blackrock Global Allocation FD CL K (MKLOX) | | None | | | Sold | 10/22/18 | K | A | |
| 10. First Trust ETF/Dow Jones Internet Inde Fund | | None | | | Sold | 10/22/18 | M | E | |
| 11. IShares U.S. Preferred Stock ETF | | None | | | Sold | 02/23/18 | L | | |
| 12. IShares Tips Bond ETF | | None | | | Sold | 10/22/18 | L | | |
| 13. IShares MSCI Europe Financial | B | Dividend | | | Sold | 10/22/18 | K | | |
| 14. Invesco QQQ TR | A | Dividend | | | Sold | 10/22/18 | M | E | |
| 15. Nuveen Floating Rate Income Opportunity FD | | None | | | Sold | 10/22/18 | L | | |
| 16. Nuveen Invt TR V (PFD SECS & INCM FD) (NPSFX) | D | Dividend | | | Sold | 02/22/18 | L | | |
| 17. Powershares QQQ Trust Series 1 | | None | | | Sold | 06/04/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thorne, Deborah L. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Select Sector SPDR TRUST/The Financial Select Sector SPDR Fund | B | Dividend | | | Sold | 10/22/18 | M | D | |
| 19. SPDR S&P Regional Banking ETF (KRE) | A | Dividend | | | Sold | 10/22/18 | K | | |
| 20. SPDR S&P 500 ETF Trust | C | Dividend | | | Sold | 10/22/18 | M | E | |
| 21. Vanguard World Funds | A | Dividend | | | Sold | 10/22/18 | K | D | |
| 22. Vanguard Index Funds/Vanguard Growth ETF | B | Dividend | | | Sold | 10/22/18 | L | E | |
| 23. Vangaurd Sector Index FDS/Vanguard REIT ETF | | None | | | Sold | 10/22/18 | L | | |
| 24. Vanguard Index Funds/Vanguard Mid-Cap Value ETF | B | Dividend | | | Sold | 10/22/18 | L | D | |
| 25. Vanguard Index Funds/Vanguard High Dividend Yield ETF | B | Dividend | | | Sold | 10/22/18 | L | D | |
| 26. Vanguard Intl Equity Ind. Fund | C | Dividend | | | Sold | 10/22/18 | M | B | |
| 27. Sterling Bank Poplar Bluff Mo.CD | | None | | | Sold | 06/04/18 | K | | |
| 28. Bank of India New York | | None | | | Buy | 02/23/18 | L | | |
| 29. | | | | | Sold | 10/22/18 | L | | |
| 30. JAE IRA R/O | | | | | | | | | |
| 31. AB Large Cap Growth Fund (APGYX) | D | Distribution | L | T | | | | | |
| 32. | A | Dividend | | | | | | | |
| 33. ALPS ETF TR ALERIAN MLP (AMLF) | D | Dividend | M | T | | | | | |
| 34. | | | | | Buy | 05/31/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy | 08/20/18 | K | | |
| 36. Boulder Growth & Income (BIF) | B | Dividend | L | T | | | | | |
| 37. First Trust Morningstar Dividend Leaders Index Fund (FDL) | B | Dividend | | | Sold | 10/22/18 | M | G | |
| 38. First Trust Prefered Securities and Income ETF (FPE) | D | Dividend | L | T | | | | | |
| 39. Fundamental Invs (FUNFX) | A | Dividend | J | T | | | | | |
| 40. | A | Distribution | | | | | | | |
| 41. Invesco QQQ TR (QQQ) | A | Dividend | L | T | | | | | |
| 42. | | | | | Sold (part) | 06/04/18 | L | | |
| 43. Janus Invt. FD (JVTIX) | A | Distribution | J | T | | | | | |
| 44. | A | Dividend | | | | | | | |
| 45. IShares MSCI EAFE ETF (EUFN) | | None | | | Sold | 05/31/18 | L | C | |
| 46. ISHARES TIPS Bond ETF (TIP) | B | Dividend | L | T | | | | | |
| 47. Nuveen Floating Rate Income Opportunity Fund (JRO) | D | Dividend | L | T | | | | | |
| 48. PIMCO Equity Ser (PMHIX) | C | Distribution | L | T | | | | | |
| 49. | C | Dividend | | | | | | | |
| 50. Select Sector SPDR Trust - The Healthcare Select Sector (XLV) | B | Dividend | M | T | | | | | |
| 51. SPDR Dow Jones INDL Average ETF TR Unit Ser. 1 (DIA) | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SPDR S&P 500 ETF Trust (SPY) | C | Dividend | M | T | | | | | |
| 53. Vanguard Index Funds (VYM) | B | Dividend | K | T | Buy | 08/20/18 | K | | |
| 54. Vanguard Sector Index Funds REIT ETF (VNQ) | B | Dividend | L | T | | | | | |
| 55. Vanguard Index Funds Mid-cap Value ETF (VOE) | C | Dividend | M | T | | | | | |
| 56. Vanguard Intl Equity Index FD ETF (VGK) | C | Dividend | L | T | | | | | |
| 57. Vanguard Shortterm Corp. Bond ETF (VCSH) | | None | | | Sold | 02/23/18 | L | | |
| 58. Vanguard Sector Index Funds -- Energy ETF (VDE) | B | Dividend | L | T | | | | | |
| 59. JPMorgan Deposit Account | | None | N | T | | | | | |
| 60. EXELON Generation Company LLC | B | Dividend | K | T | | | | | |
| 61. Walgreens Boots Aliance Inc. SR Unsecured | A | Dividend | K | T | | | | | |
| 62. Fundamental Inv. CLF3 (FUNFX) | | None | J | T | | | | | |
| 63. Bank India New York, NY (CD) | B | Dividend | | | Sold | 02/21/18 | L | | |
| 64. Sterling Bank Poplar Bluff, Missouri (CD) | | None | | | Sold | 06/04/18 | L | | |
| 65. OTHER | | | | | | | | | |
| 66. Northwestern Mutual Extra Ordinary Life (214) | C | Dividend | M | T | | | | | |
| 67. Northwestern Mutual Extra Ordinary Life (246) | D | Dividend | N | T | | | | | |
| 68. Northwestern Ord Life- Former EOL (829) | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Northwestern Whole Life | C | Dividend | M | T | | | | | |
| 70. Signature Bank (Private Stock) | | None | L | U | | | | | |
| 71. Millennium Trust Company, LLC FBO Deborah Thorne IRA | | | | | | | | | |
| 72. -- Focus Real Estate Investment | | None | L | U | | | | | |
| 73. Inherited IRA (WAT/DLT) | | | | | | | | | |
| 74. Vanguard Value ETF (VTV) | A | Dividend | J | T | | | | | |
| 75. IShares Barklays Aggregate Bond Fund (AGG) | | None | J | T | | | | | |
| 76. Vanguard Total Stock Market ETF (VTI) | A | Dividend | J | T | | | | | |
| 77. Vanguard Mid-Cap Value ETF (VOE) | A | Dividend | J | T | | | | | |
| 78. Vanguard Total International Bond ETF (BNDX) | A | Dividend | J | T | | | | | |
| 79. Vanguard SH.T.Inf.P.S.I ETF (VTIP) | | None | J | T | | | | | |
| 80. Vanguard Small-Cap. Value (VBR) | | None | J | T | | | | | |
| 81. VANGUARD TAX-MA/FTSE DEVELOPED (VEA) | A | Dividend | J | T | | | | | |
| 82. Vanguard Emerging Markets ETF (VWO) | A | Dividend | J | T | | | | | |
| 83. IShares Emerging Markets USD Bond ETF (EMB) | A | Dividend | J | T | | | | | |
| 84. IShares US Total Bond Market ETF (BND) | A | Dividend | J | T | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thorne, Deborah L. | 05/10/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 2: Real property owned by LLC is located in Chicago, Illinois

Part VII, Line 19 (2017 Report) shows a dividend for IShares IBOXXS Investment/Grade Corporate Bond ETF. This was sold on 10/16/2017 and only the dividend was received in 2017. The sale should have been reflected in 2017 Report.

Part VII, Line 63 (2018 Report) shows a sale of CD from Bank India New York NY. This was purchased on 02/14/2017 but was inadvertantly not listed. It was sold on 02/21/2018.

Part VII, Line 64 (2018 Report) shows a sale of CD from Sterling Bank, Poplar Bluff, Missouri. This was purchase on 06/202017 and sold on 06/04/2018. It was inadvertantly omitted on the 2017 report.

Part VII, Line 41 This fund appears to have changed its name between June 2018 and December 31, 2018 from Powershares to Invesco QQQ TR.

Part VII, Line 62 was reported last year as sold in part on June 12, 2017. This is incorrect. It was exchanged for Fudamental CFX3 and at the end of 12/31/2017 was valued at $9300.

| Name of Person Reporting | Date of Report |
|---|---|
| Thorne, Deborah L. | 05/10/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Deborah L. Thorne**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544